STATE OF NEW JERSEY v. MELVIN SHARK.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL STAITI.

March 10, 1987.

Petition for certification denied.

IN THE MATTER OF THE COMMITMENT OF M.M.

March 10, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. HOWARD J. GOLDBERG.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN MCBRIDE.

March 10, 1987.

Petition for certification denied.